# United States District Court

**GARY S. MANN**
Chief Probation Officer

**JACKSON OFFICE**
317 East Capitol Street, Suite 200
Jackson, Mississippi 39201-9914
TEL: (601) 965-4447
FAX: (601) 965-4508

Reply to: __JACKSON__

**SOUTHERN DISTRICT OF MISSISSIPPI**



**HATTIESBURG OFFICE**
701 North Main Street, Suite 320
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

**GULFPORT OFFICE**
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 563-1850
FAX: (228) 563-1870

May 15, 2006

**RECEIVED**
MAY 16 2006
TOM S. LEE
U. S. DISTRICT JUDGE

The Honorable Tom S. Lee
United States District Judge
Southern District of Mississippi
245 East Capitol Street, Suite 110
Jackson, Mississippi 39201

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 16 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

RE: **JONES, Annie Bell**
Docket No: 3:03cr 4LN-001
<u>**REQUESTING COURT INSTRUCTION/
TERM OF PROBATION EXPIRES
JUNE 09, 2006**</u>

Dear Judge Lee:

  The above-named offender was sentenced to three (3) years probation by Your Honor, June 10, 2003, after pleading guilty to Theft of Government Property or Records. As a special condition, the Court ordered Jones to pay restitution in the amount of $72,153.00. Jones began her term of probation on June 10, 2003, and is scheduled to expire June 09, 2006.

  The offender was originally ordered to pay the restitution at a rate of not less than $100.00 per month, over a period of thirty-four (34) months. The Court, modified the payment schedule to "payments of no less than $ 30.00 per month" on October 2, 2003. After this officer notified the Court that Jones was unable to pay this amount, the Court signed an <u>Order Regarding Special Instructions For Paying Criminal Monetary Penalty</u>, on January 3, 2005, which allowed Jones to apply "any available monies, not used to pay for necessary expenses" to be paid toward restitution.

  As of this writing the offender has a current balance of $71,953.00. Jones financially supports three (3) adult children. Two of these children suffer different forms of mental illness. Jones' only source of income is $574.00 per month in social security benefits. After paying her necessary living expenses, Jones has approximately $18.00 per month to live on. Also, the offender suffers from diabetes and serious heart problems. Jones' condition is life threatening and has caused her to be hospitalized several times during supervision.

**RE: JONES, Annie Bell**
**REQUESTING COURT INSTRUCTION/**
**PROBATION EXPIRES JUNE 09, 2006**
**PAGE 2 OF 2**

Jones resides in the city limits of Canton, Mississippi, in a very high crime area known for drug dealing and gang activity. Her home should probably be condemned, as a fire hazard due to disrepair, and without the assistance of Jones' church she would be unable feed her herself and her children.

This officer recommends the Court allow Jones' term of probation to expire June 09, 2006, as scheduled, with any remaining restitution balance to be monitored by the U.S. Attorney's Financial Litigation Unit (FLU).

Please advise if Your Honor concurs with this plan or if the Court wishes another course of action. Please mark the appropriate statement below and file with the Clerk of Court.

Reviewed and Approved:

Martha S. Gardner, Supervising
U.S. Probation Officer

Respectfully submitted,

Brian Keith Joyner
U.S. Probation Officer

__X__ The Court orders Annie Bell Jones' term of probation to expire, as scheduled, on June 09, 2006, with the United States Attorney's Financial Litigation Unit monitoring and collecting any remaining restitution balance.

_____ The Court wishes an alternative plan of action as follows:

_____

_____

Dated this the __16th__ day of __May__, 2006.

Tom S. Lee
United States District Judge